# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------------X

PETER BURY,

                            Plaintiff,                    24 **CIVIL** 0295 (PMH)

          -against-                             **<u>JUDGMENT</u>**

  CONSUMER REPORTS, INC.,

                         Defendant.

--------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 23, 2026, Defendant's motion for summary judgment is GRANTED and the Complaint is dismissed. Plaintiff's ADA claims are dismissed with prejudice. Because the Court declines to exercise supplemental jurisdiction over the state law claims, they are dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      January 28, 2026

                                     **TAMMI M. HELLWIG**

                                          **Clerk of Court**

                     **BY:**                                  **Deputy Clerk**